BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN ARELLANO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:13-cv-02569-AC<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 30 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 30 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is August 25, 2014. The new due date will be September 24, 2014.

    There is good cause for this request. Defendant is seeking this extension due to workload issues. For the last month, Defendant's counsel was limited in her ability to work on this case due to an Equal Employment Opportunity Commission (EEOC) case that had an out-of-state hearing in Phoenix, Arizona, and involved nine witnesses. While that case's hearing testimony concluded in late July, the judge ordered at the hearing that the parties submit written closing

statements due August 29, 2014, which has required follow-up. Also, defense counsel took leave after the hearing due to illness. Moreover, counsel has other workloads including a Ninth Circuit case with an opposition brief to a motion to remand due August 25, 2014, another EEOC matter with a motion for summary judgment coming due in early September, and at least 16 pending district court cases at various stages of litigation in the next month. Because of the factors described above, defense counsel is requesting additional time up to and including September 24, 2014, to fully review the administrative record and research the issues presented by Plaintiff's brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: August 20, 2014                CERNEY KREUZE & LOTT, LLP

*s/ Shellie Lott by C.Chen\**
(As authorized by e-mail on 8/20/2014)
SHELLIE LOTT
Attorneys for Plaintiff

Date: August 20, 2014                BENJAMIN B. WAGNER
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

DATED: August 20, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE