UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ARELLANO,<br><br>         Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>         Defendant. | No.  2:13-cv-02569-AC<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

      IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of October 15, 2014, by thirty days, to the new response date of  November 14, 2014, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

1


///
DATED: October 14, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX

*/s/ Shellie Lott*
SHELLIE LOTT,
Attorney for Plaintiff

*/s/ Carolyn B. Chen*
CAROLYN B. CHEN,
(As authorized via E-mail on 10/14/14)
Special Assistant U S Attorney
Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEVIN ARELLANO,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>                Defendant. | No. 2:13-cv-02569-AC<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
|---|---|

    Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to Reply To Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

    Plaintiff shall file his Reply to Defendant's Cross-Motion For Summary Judgment on or before November 14, 2014.

    SO ORDERED.

1   DATED: October 15, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE